UNITED STATES BANKRUPTCY COURT   # 291522
SOUTHERN DISTRICT OF FLORIDA

IN RE:                                     CASE NO.   06-10395-BKC-RAM
MELISSA DELGADO



CHAPTER 13

NOTICE OF DEPOSIT OF FUNDS WITH THE
U.S. BANKRUPTCY COURT CLERK

U.S. BANKRUPTCY COURT
SO. DISTRICT OF FLORIDA

JUL 26 2011

FILED                    RECEIVED

NOTICE IS HEREBY GIVEN THAT:

(XX) The trustee has a balance of $    45.65   remaining in her bank
     account which represents unpresented checks drawn and mailed to
     debtor(s)/ creditor(s) in the above named case. Your trustee
     has made a good faith effort to verify the correct mailing
     address for said debtor(s)/Creditor(s) and deliver the funds
     before presenting this notice. More than sufficient time has
     passed for these checks to be presented for payment, or the
     creditor has returned funds indicating they refuse the funds.

(  ) The trustee has a balance of $    .00   remaining in her bank
     account which represents small dividends as defined by FRBP
     3010.

     Attached and made a part of this notice is a list, pursuant
to FRBP 3011, of the names, Claim numbers and addresses
of the debtor(s)/creditor(s) and the amounts to which they are
entitled.

     WHEREFORE, your trustee hereby gives notice that the above
stated sum has been deposited with the Clerk of the U. S.
Bankruptcy Court, Southern District of Florida, to effect closing
of this estate.

Date: ___JUL 2 5 2011_____

NANCY N. HERKERT
CHAPTER 13 TRUSTEE

Copies to:

MELISSA DELGADO

15865 SW 50 TERR
MIAMI, FL 33185

MARY REYES, ESQ.
782 NW 42 AVE
SUITE 447
MIAMI, FL 33126

CHASE BANK USA, NA
CIRCUIT CITY PRIVATE LABEL EPP
POB 100018
KENNESAW, GA 30156-9104

U.S. Trustee
51 S. W. 1st Avenue
Miami, Florida 33130

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA


IN RE:                                    CASE NO.   06-10395-BKC-RAM
MELISSA DELGADO


                            CHAPTER 13


     MELISSA DELGADO

     15865 SW 50 TERR
     MIAMI, FL 33185


     MARY REYES, ESQ.
     782 NW 42 AVE
     SUITE 447
     MIAMI, FL 33126

     CHASE BANK USA, NA          --------$        45.65
     CIRCUIT CITY PRIVATE LABEL EPP
     POB 100018                              UNDELIVERABLE/STALE
     KENNESAW, GA 30156-9104                 CLAIM REGISTER# _3_

     U.S. Trustee
     51 S.W. 1st Avenue
     Miami, Florida 33130